UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: 5:20-cv-01527-JVS-MAA | Date: November 6, 2020 |
| Title: Hoadena Ingram v. Habeas Corpus | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| | |
|---|---|
| James Muñoz | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why the Petition Should Not Be Dismissed for Failure to Prosecute**

On July 30, 2020, the Court received and filed Petitioner Hoadena Ingram's ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Section 2254") ("Petition"). (Pet., ECF No. 1.)  The Petition alleges one ground for federal habeas relief.  Petitioner challenges a 2013 sentencing enhancement that was based on prior convictions obtained by guilty plea.  (*Id.* at 2–3.)  He relies on a 2019 state legislative enactment, California Assembly Bill No. 1618, which renders void as against public policy certain guilty plea agreements that include a waiver of the right to raise claims based on future changes in the law.  (*Id.* at 3–5.)

On August 11, 2020, the Court issued an Order identifying several procedural defects with the Petition and ordering Petitioner file a response no later than October 13, 2020 ("August 11 Order").  (Aug. 11, 2020 Or., ECF No. 3.)  Specifically, the Court ordered Petitioner to do the following: (1) to show cause why the Petition should not be summarily dismissed as an unauthorized second or successive Section 2254 petition (*id.* at 1–4); (2) to name the warden of his institution as a proper respondent, or otherwise show cause why the Petition should not be summarily dismissed for lack of personal jurisdiction (*id.* at 4–5); and (3) to pay the $5 filing fee or file a request to proceed *in forma pauperis* with supporting documentation (*id.* at 5).  The Court cautioned Petitioner that failure to file a response regarding each of these issues by October 13, 2020 would result in a recommendation that the Petition be dismissed for failure to prosecute and to comply with a court order.  (*Id.* at 4–5.)

To date, Petitioner has not responded to the August 11 Order as required.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-cv-01527-JVS-MAA                                     Date:  November 6, 2020

Title:     Hoadena Ingram v. Habeas Corpus

    Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** by no later than **December 7, 2020** why the Court should not recommend that the case be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1, 41-6.

    **Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

    It is so ordered.