JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOADENA INGRAM,<br><br>                Petitioner,<br><br>   v.<br><br>HABEAS CORPUS,<br><br>                Respondent. | Case No. 5:20-cv-01527-JVS-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED:  April 14, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE